**STATE of Missouri, Respondent,**

v.

**Sharyl MENNING, Appellant.**

**No. WD 47784.**

Missouri Court of Appeals, Western District.

Feb. 8, 1994.

Ellen H. Flottman, Office of the State Public Defender, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before TURNAGE, P.J., and BRECKENRIDGE and HANNA, JJ.

### *ORDER*

PER CURIAM.

The defendant appeals from her conviction by a jury for stealing, § 570.030, RSMo 1986, raising the sole issue of the sufficiency of the evidence. The court levied a fine of $5,000

 

and suspended the execution of all but $1,000 and placed her on probation for five years.

Affirmed. Rule 30.25(b).